**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6920**

In the Matter of                                               Case Number:

ASCENSION PELAYO, on behalf of himself and all other employees similarly situated, known and unknown,

v.

GABRIEL HOSTALET, KGI CORP, and KGI LANDSCAPING CO.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ASCENSION PELAYO, the Plaintiff

| | |
|---|---|
| NAME (Type or print) Paul Luka | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul Luka | |
| FIRM Amatore & Associates, P.C. | |
| STREET ADDRESS 120 S. State St., Ste. 400 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6288860 | TELEPHONE NUMBER 312-236-9825 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐