UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ASCENSION PELAYO | | COURT DATE: |
| | PLAINTIFF(S) | Case No.<br>**07 CV 6920** |
| VS. | | |
| GABRIEL HOSTALET, ET AL. | | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 18, 2008**, at **9:35 AM**, I served the above described documents upon **GABRIEL HOSTALET** as shown below:

**SUBSTITUTE SERVICE** was made by leaving a true and correct copy of the documents with **JANE DOE/REFUSED NAME / MEMBER OF HOUSEHOLD**, at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards and informing that person of the contents thereof and also by mailing a copy in a sealed envelope with postage fully prepaid and addressed to the defendant on **2/18/2008.**

Said service was effected at **8864 E PRAIRIE ROAD, SKOKIE, IL 60076.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **55**  Hgt: **5'5"**  Wgt: **140**  Hair: **BLONDE**  Glasses: **NO**

**COMMENTS: Hostile serve, Female who answered the door said Gabriel wasn't in and refused to provide a name/relationship and threw the summons out the door.**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Jacob Osojnak, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 18th day of February, 2008

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
**Amatore & Associates, P.C.**
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
**36559**