UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ASCENSION PELAYO | | COURT DATE: |
| | PLAINTIFF(S) | Case No. 07 CV 6920 |
| vs. | | |
| GABRIEL HOSTALET, ET AL. | | AFFIDAVIT OF SERVICE OF: SUMMONS & COMPLAINT |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 19, 2008**, at **8:45 PM**, I served the above described documents upon **KGI CORP** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOHN DOE / REFUSED TO PROVIDE**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **8864 E PRAIRIE ROAD, SKOKIE, IL 60076.**

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **60**  Hgt: **5'11"**  Wgt: **180**  Hair: **GRAY**  Glasses: **YES**

**COMMENTS:** Hostile serve. Man opened the front door, when I asked for defendant he claimed there was no one by that name living at this address. His statement is contradicted by Jane Doe's statement on 2/18/08 that defendant wasn't there at the time. The summons was left at the front door as John Doe refused to accept service.

I declare under penalties of perjury that the information contained herein is true and correct.

_Jacob J. Osojnak_ (signature)

Jacob Osojnak, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 20th day of February, 2008

_Joan C. Harenberg_ (signature)
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Amatore & Associates, P.C.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36560