UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASCENSION PELAYO<br><br>PLAINTIFF(S)<br><br>vs.<br><br>GABRIEL HOSTALET, ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**07 CV 6920**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 19, 2008**, at **8:45 PM**, I served the above described documents upon **KGI LANDSCAPING CO.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOHN DOE / REFUSED TO PROVIDE**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **8864 E PRAIRIE ROAD, SKOKIE, IL 60076**.

**DESCRIPTION:** Gender: **M** Race: **WHITE** Age: **60** Hgt: **5'11"** Wgt: **180** Hair: **GRAY** Glasses: **YES**

**COMMENTS:** Hostile serve. Man opened the front door, when I asked for defendant he claimed there was no one by that name living at this address. His statement is contradicted by Jane Doe's statement on 2/18/08 that defendant wasn't there at the time. The summons was left at the front door as John Doe refused to accept service.

I declare under penalties of perjury that the information contained herein is true and correct.

*Jacob J. Osojnak* (signature)

Jacob Osojnak, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 20th day of February, 2008

*Joan C. Harenberg* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Amatore & Associates, P.C.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36561