**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**ASCENSION PELAYO**, on behalf of
himself and all other employees similarly
situated, known and unknown,

                  Plaintiffs,

    v.

**GABRIEL HOSTALET**, individually,
**KGI CORP**, an Illinois corporation, and
**KGI LANDSCAPING CO**., an Illinois
corporation,

              Defendants.

No.  07 CV 6920

Hon. James B. Zagel

## <u>MOTION FOR ENTRY OF DEFAULT JUDGMENT</u>

The plaintiff, ASCENSION PELAYO ("Plaintiff"), by and through his attorneys of record, moves this Court to enter judgment in his favor and against the defendants, GABRIEL HOSTALET, KGI CORP, and KGI LANDSCAPING CO., and each of them. In support thereof Plaintiff states as follows:

1.    The above-entitled cause was brought pursuant to the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law, the Illinois Wage Payment and Collection Act and the Attorney's Fees in Wage Actions Act to recover $60,805.25 in damages, plus attorneys' fees and costs.  The amount of damages is comprised of: unpaid overtime compensation totaling $24,293.25, and statutory liquidated damages in the amount of $36,512.00 (consisting of $24,293.25 corresponding to unpaid overtime compensation, and $12,218.75 corresponding to unpaid minimum wages).  The following chart breaks the amounts down.

| Unpaid Minimum Wages | [$12,218.75]* |
|---|---|
| Unpaid Overtime Compensation | $24,293.25 |
| Liquidated Damages – Minimum Wages | $12,218.75 |
| Liquidated Damages – Overtime Compensation | $24,293.25 |
|  |  |
| **TOTAL** | **$60,805.25** |

\* Unpaid Minimum Wages are listed only to illustrate the basis for calculation of the corresponding liquidated damages, and are not included in the total. This is because the minimum wages themselves are subsumed into the amount listed for Unpaid Overtime Compensation.

2.     Plaintiff's sworn declaration with regard to damages is attached as **Exhibit A-1**.

3.     A summons and a copy of Plaintiff's complaint were served upon the defendant, GABRIEL HOSTALET, on February 18, 2008, which required said defendant to file an answer or otherwise defend within 20 days thereof, or by March 10, 2008. A copy the relevant affidavit of service is attached hereto as **Exhibit B**.

4.     A summons and a copy of Plaintiff's complaint were served upon the defendant, KGI CORP, on February 19, 2008, which required said defendant to file an answer or otherwise defend within 20 days thereof, or by March 11, 2008. A copy the relevant affidavit of service is attached hereto as **Exhibit C**.

5.     A summons and a copy of Plaintiff's complaint were served upon the defendant, KGI LANDSCAPING CO., on February 19, 2008, which required said defendant to file an answer or otherwise defend within 20 days thereof, or by March 11, 2008. A copy the relevant affidavit of service is attached hereto as **Exhibit D.**

6.     To date, the defendants have neither filed an answer to Plaintiffs' complaint, nor have they otherwise defended – none of the defendants have even filed an appearance. As such, the defendants are delinquent well in excess of the 20 days required by the summonses.

7.     Attached as **Group Exhibit E** are the sworn declarations of Plantiff's attorneys with regard to attorneys' fees.

8.     The total amount claimed in damages is $60,805.25, and the total amount requested for attorney's fees is $4331.25.

WHEREFORE the plaintiff, ASCENSION PELAYO, prays for judgment in his favor and against the defendants, GABRIEL HOSTALET, KGI CORP, and KGI LANDSCAPING CO., and each of them, in the amount of $65,136.50, plus costs of suit and collection.

Respectfully submitted,


/s/Paul Luka
PAUL LUKA ARDC # 6288860


Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**ASCENSION PELAYO**, on behalf of
himself and all other employees similarly
situated, known and unknown,

Plaintiffs,

v.

No. 07 CV 6920

**GABRIEL HOSTALET**, individually,
**KGI CORP**, an Illinois corporation, and
**KGI LANDSCAPING CO.**, an Illinois
corporation,

Hon. James B. Zagel

Defendants.

## DECLARATION OF ASCENSION PELAYO

ASCENSION PELAYO, under penalty of perjury and pursuant to 28 U.S.C. § 1746,

hereby states and deposes as follows:

1. My name is Ascension Pelayo and I am at least 18 years old.

2. I was employed at relevant times by the defendant, GABRIEL HOSTALET, and

one or both of the defendants, KGI CORP, and KGI LANDSCAPING CO., (collectively

"Employers") as a laborer from on or about March 1, 2004, to on or about April 24, 2007.

3. By agreement between Employers and myself, from on or about March 1, 2004 to

on or about December 6, 2004 ("Employment Period A"), I was to be compensated in the

amount of $7.50 per hour for every regular (40 or less in any given week) hour I worked.

4. By agreement between Employers and myself, from on or about December 7,

2004 to on or about July 4, 2005 ("Employment Period B"), I was to be compensated in the

amount of $8.00 per hour for every regular (40 or less in any given week) hour I worked.

5.     By agreement between Employers and myself, from on or about July 5, 2005, to on or about September 18, 2006, ("Employment Period C"), I was to be compensated in the amount of $8.50 per hour for every regular (40 or less in any given week) hour I worked.

6.     By agreement between Employers and myself, from on or about September 19, 2006, to on or about April 24, 2007, ("Employment Period D"), I was to be compensated in the amount of $9.00 per hour for every regular (40 or less in any given week) hour I worked.

## Employment Period A

7.     Upon information and belief, during Employment Period A, I worked a total of 444 overtime (in excess of 40 in any given week) hours, for the Employers.

8.     During Employment Period A, the Employers should have paid me at the rate of $11.25 per hour for each of the 444 overtime hours I worked during said period.

9.     The Employers failed and refused to pay me at a rate not less than $11.25 per hour for each of the 444 overtime hours I worked during Employment Period A, resulting in a deficiency between the respective amounts I was owed, and the respective amounts I was paid in most or all of the weeks in said period.

10.    In fact, the Employers paid me nothing at all for the 444 overtime hours I worked during Employment Period A.

## Employment Period B

11.    Upon information and belief, during Employment Period B, I worked a total of 360 overtime (in excess of 40 in any given week) hours, for the Employers.

12.    During Employment Period B, the Employers should have paid me at the rate of $12.00 per hour for each of the 360 overtime hours I worked during said period.

2

13. The Employers failed and refused to pay me at a rate not less than $12.00 per hour for each of the 360 overtime hours I worked during Employment Period B, resulting in a deficiency between the respective amounts I was owed, and the respective amounts I was paid in most or all of the weeks in said period.

14. In fact, the Employers paid me nothing at all for the 360 overtime hours I worked during Employment Period B.

## Employment Period C

15. Upon information and belief, during Employment Period C, I worked a total of 756 overtime (in excess of 40 in any given week) hours, for the Employers.

16. During Employment Period C, the Employers should have paid me at the rate of $12.75 per hour for each of the 756 overtime hours I worked during said period.

17. The Employers failed and refused to pay me at a rate not less than $12.75 per hour for each of the 756 overtime hours I worked during Employment Period C, resulting in a deficiency between the respective amounts I was owed, and the respective amounts I was paid in most or all of the weeks in said period.

18. In fact, the Employers paid me nothing at all for the 756 overtime hours I worked during Employment Period C.

## Employment Period D

19. Upon information and belief, during Employment Period D, I worked a total of 395.5 overtime (in excess of 40 in any given week) hours, for the Employers.

20. During Employment Period D, the Employers should have paid me at the rate of $13.50 per hour for each of the 395.5 overtime hours I worked during said period.

3

21.    The Employers failed and refused to pay me at a rate not less than $13.50 per hour for each of the 395.5 overtime hours I worked during Employment Period D, resulting in a deficiency between the respective amounts I was owed, and the respective amounts I was paid in most or all of the weeks in said period.

22.    In fact, the Employers paid me nothing at all for the 395.5 overtime hours I worked during Employment Period D.

23.    The Employers currently owe me wages in the amount of $24,293.25, which amount is the aggregate total of the aforesaid deficiencies in my respective "paychecks" [1] ; and such deficiencies are logged and totaled in the spreadsheet entitled "SUMMARY OF COMPENSATION – Ascension Pelayo," which spreadsheet is attached hereto and incorporated herein by reference as **Exhibit A-1**.

FURTHER DECLARANT SAYETH NOT.

> Under penalty of perjury, and pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that (s)he verily believes the same to be true. Executed on
>
> June 3, _____, 2008.
>
> ASCENSION PELAYO

---

[1] The Employers would not always pay me by check.

4

# Exhibit A-1

# SUMMARY OF COMPENSATION - Ascension Pelayo

| Pay Period | | Regular Hrs. | OT Hours | TOTAL HRS. | Pay Rate Per Hour | Overtime Rate | Reg Hrs Pay | Overtime Amount | Amount Paid | Difference Owned |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2004 | 3/9/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 3/16/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 3/23/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 3/30/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 4/6/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 4/13/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 4/20/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 4/27/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 5/4/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 5/11/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 5/18/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 5/25/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 6/1/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 6/8/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 6/15/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 6/22/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 6/29/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 7/6/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 7/13/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 7/20/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 7/27/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 8/3/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 8/10/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 8/17/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 8/31/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 9/7/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 9/14/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 9/21/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 9/28/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 10/12/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | 10/19/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| 11/2/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| 11/9/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| 11/16/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| 11/23/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| 11/30/2004 | 40 | 12 | 52 | $7.50 | $11.25 | $300.00 | $135.00 | $300.00 | $135.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| Subtotal: | | 444 | | | | | $4,995.00 | $11,100.00 | **$4,995.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| 12/7/2004 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 12/14/2004 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 12/21/2004 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 12/28/2004 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 1/4/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 1/11/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 1/18/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 1/25/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 2/1/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 2/8/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 2/15/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 2/22/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 3/1/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 3/8/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 3/15/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 3/22/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 3/29/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 4/5/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 4/12/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 4/19/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 4/26/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 5/3/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 5/10/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 5/17/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/24/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 5/31/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 6/7/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 6/14/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 6/21/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| 6/28/2005 | 40 | 12 | 52 | $8.00 | $12.00 | $320.00 | $144.00 | $320.00 | $144.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Subtotal:** | | 360 | | | | | $4,320.00 | $9,600.00 | **$4,320.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| 7/5/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/12/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/19/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/26/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/2/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/9/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/16/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/23/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/30/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 9/6/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 9/13/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 9/20/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 9/27/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 10/4/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 10/11/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 10/18/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 10/25/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 11/1/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 11/8/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 11/15/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 11/22/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 11/29/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 12/6/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 12/13/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 12/27/2005 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 1/3/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 1/10/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 1/17/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 1/24/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 1/31/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 2/7/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 2/14/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 2/21/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 2/28/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 3/7/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 3/14/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 3/21/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 3/28/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 4/4/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 4/11/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 4/18/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 4/25/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 5/2/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 5/9/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 5/16/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 5/23/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 5/30/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 6/6/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 6/13/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 6/20/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 6/27/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/4/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/11/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/18/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 7/25/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/1/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/8/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/15/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/22/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 8/29/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 9/5/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| 9/12/2006 | 40 | 12 | 52 | $8.50 | $12.75 | $340.00 | $153.00 | $340.00 | $153.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Subtotal:** | | 756 | | | | | $9,639.00 | $21,420.00 | **$9,639.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| 9/19/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 9/26/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 10/3/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 10/10/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 10/17/2006 | 40 | 25.25 | 65.25 | $9.00 | $13.50 | $360.00 | $340.88 | $360.00 | $340.88 |
| 10/24/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 10/31/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 11/7/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 11/14/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 11/21/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 11/28/2006 | 40 | 22.25 | 62.25 | $9.00 | $13.50 | $360.00 | $300.38 | $360.00 | $300.38 |
| 12/5/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 12/12/2006 | 32.5 | 0 | 32.5 | $9.00 | $13.50 | $292.50 | $0.00 | $292.50 | $0.00 |
| 12/19/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 12/26/2006 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 1/2/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 1/9/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 1/16/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 1/23/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 1/30/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 2/6/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 2/13/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 2/20/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 2/27/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 3/6/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| 3/13/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3/20/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| | 3/27/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| | 4/3/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| | 4/10/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| | 4/17/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| | 4/24/2007 | 40 | 12 | 52 | $9.00 | $13.50 | $360.00 | $162.00 | $360.00 | $162.00 |
| | | | | | | | | | | |
| | **Subtotal:** | | 395.5 | | | | | $5,339.25 | $11,452.50 | **$5,339.25** |
| | | | | | | | | | | |
| | **Total:** | | 1955.5 | | | | | $24,293.25 | $53,572.50 | **$24,293.25** |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ASCENSION PELAYO**

COURT DATE:

PLAINTIFF(S)

Case No.
**07 CV 6920**

vs.

**GABRIEL HOSTALET, ET AL.**

AFFIDAVIT OF SERVICE OF:
**SUMMONS & COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 18, 2008**, at **9:35 AM**, I served the above described documents upon **GABRIEL HOSTALET** as shown below:

**SUBSTITUTE SERVICE** was made by leaving a true and correct copy of the documents with **JANE DOE/REFUSED NAME / MEMBER OF HOUSEHOLD**, at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards and informing that person of the contents thereof and also by mailing a copy in a sealed envelope with postage fully prepaid and addressed to the defendant on **2/18/2008.**

Said service was effected at **8864 E PRAIRIE ROAD, SKOKIE, IL 60076.**

**DESCRIPTION:** Gender: **F** Race: **WHITE** Age: **55** Hgt: **5'5"** Wgt: **140** Hair: **BLONDE** Glasses: **NO**

**COMMENTS: Hostile serve, Female who answered the door said Gabriel wasn't in and refused to provide a name/relationship and threw the summons out the door.**

I declare under penalties of perjury that the information contained herein is true and correct.

**Jacob Osojnak, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 18th day of February, 2008

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:                                    ORIGINAL PROOF OF SERVICE                    TRACKING #
**Amatore & Associates, P.C.**                                                                              **36559**
**FILE #:**

# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ASCENSION PELAYO**

COURT DATE:

PLAINTIFF(S)

Case No.
**07 CV 6920**

vs.

**GABRIEL HOSTALET, ET AL.**

AFFIDAVIT OF SERVICE OF:
**SUMMONS & COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 19, 2008**, at **8:45 PM**, I served the above described documents upon **KGI CORP** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOHN DOE / REFUSED TO PROVIDE** , an officer, managing agent or authorized agent of the within named company .

Said service was effected at **8864 E PRAIRIE ROAD, SKOKIE, IL 60076.**

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **60**  Hgt: **5'11"**  Wgt: **180**  Hair: **GRAY**  Glasses: **YES**

**COMMENTS: Hostile serve. Man opened the front door, when I asked for defendant he claimed there was no one by that name living at this address. His statement is contradicted by Jane Doe's statement on 2/18/08 that defendant wasn't there at the time. The summons was left at the front door as John Doe refused to accept service.**

I declare under penalties of perjury that the information contained herein is true and correct.

**Jacob Osojnak, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 20th day of February, 2008

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
**Amatore & Associates, P.C.**
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
**36560**

# Exhibit D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ASCENSION PELAYO**

COURT DATE:

PLAINTIFF(S)

Case No.
**07 CV 6920**

vs.

**GABRIEL HOSTALET, ET AL.**

AFFIDAVIT OF SERVICE OF:
**SUMMONS & COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 19, 2008**, at **8:45 PM**, I served the above described documents upon **KGI LANDSCAPING CO.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOHN DOE / REFUSED TO PROVIDE** , an officer, managing agent or authorized agent of the within named company **.**

Said service was effected at **8864 E PRAIRIE ROAD, SKOKIE, IL 60076.**

**DESCRIPTION:** Gender: **M** Race: **WHITE** Age: **60** Hgt: **5'11"** Wgt: **180** Hair: **GRAY** Glasses: **YES**

**COMMENTS: Hostile serve. Man opened the front door, when I asked for defendant he claimed there was no one by that name living at this address. His statement is contradicted by Jane Doe's statement on 2/18/08 that defendant wasn't there at the time. The summons was left at the front door as John Doe refused to accept service.**

I declare under penalties of perjury that the information contained herein is true and correct.

**Jacob Osojnak, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 20th day of February, 2008

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
**Amatore & Associates, P.C.**
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
**36561**

# Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**ASCENSION PELAYO**, on behalf of
himself and all other employees similarly
situated, known and unknown,

              Plaintiffs,

v.

**GABRIEL HOSTALET**, individually,
**KGI CORP**, an Illinois corporation, and
**KGI LANDSCAPING CO.**, an Illinois
corporation,

              Defendants.

No. 07 CV 6920

Hon. James B. Zagel

## DECLARATION OF ROY P. AMATORE

Roy P. Amatore, under penalty of perjury and pursuant to 28 U.S.C. § 1746,

hereby states and deposes as follows:

1.     My name is Roy P. Amatore and I am a principle at Amatore &

Associates, P.C.

2.     My firm represents the plaintiff in the captioned matter.

3.     I expended 7.15 hours on the captioned case, at a rate of $275.00 per hour.

4.     I have in excess of fifteen years of litigation and appellate experience in

the state of Illinois.

5. My fees are reasonable in light of my experience and of the complexities

of the captioned case.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on June 5, 2008.

ROY P. AMATORE ARDC # 6206498

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ASCENSION PELAYO**, on behalf of himself and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | |
| v. | No.  07 CV 6920 |
| **GABRIEL HOSTALET**, individually, **KGI CORP**, an Illinois corporation, and **KGI LANDSCAPING CO**., an Illinois corporation, | Hon. James B. Zagel |
| Defendants. | |

<u>**DECLARATION OF PAUL LUKA**</u>

Paul Luka, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby states and deposes as follows:

1.      My name is Paul Luka and I am an associate attorney at Amatore & Associates, P.C.

2.      My firm represents the plaintiff in the captioned matter.

3.      I expended 9 hours on the captioned case, and anticipate spending an additional 2 hours, at a rate of $215.00 per hour.

4.      I have been practicing as an associate attorney at Amatore & Associates, P.C. since my admission to the bar in Illinois on October 3, 2006.

5.      My fees are reasonable and necessary in light of the work done and of the complexities of the captioned case.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on June 5, 2008.

s/ Paul Luka_____
PAUL LUKA ARDC # 6288860