IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ASCENSION PELAYO**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>Plaintiffs,<br>v.<br><br>**GABRIEL HOSTALET**, individually, **KGI CORP**, an Illinois corporation, and **KGI LANDSCAPING CO.**, an Illinois corporation,<br><br>Defendants. | No. 07 CV 6920<br><br>Hon. James B. Zagel |

## NOTICE OF MOTION

TO: GABRIEL HOSTALET, individually and as president of KGI CORP.
and KGI LANDSCAPING, CO.
8864 E. Prairie Road
Skokie, IL 60076
(via registered mail)

On **Tuesday, July 8, 2008,** at **10:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before Judge Zagel in Courtroom 2503 at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached motion: **Motion for Entry Of Default Judgment**.

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 6, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing them to be deposited in the United States Mail at Chicago, Illinois, with sufficient postage paid.

                                                                s/ Paul Luka_____
                                                                PAUL LUKA ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)