**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ascension Pelayo
                         Plaintiff,

v.                                          Case No.: 1:07–cv–06920
                                               Honorable James B. Zagel

Gabriel Hostalet, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

       MINUTE entry before the Honorable James B. Zagel:Status hearing held on 7/8/2008. Motion hearing held on 7/8/2008. Motion for entry of default [11] is granted. Order of default is entered pursuant to FRCvP 55(a) for failure to answer or otherwise plead to the complaint. Damages prove up evidentiary hearing set for 7/22/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.